*291
 
 Pearson, J.
 

 The lessor claimed title under a sheriff’s sale and deed. The demise was on the 6th of November 1848. The deed was dated on the same day.
 

 The defendant contended, that the date of the deed was no evidence that it was executed on that day, and the plaintiff could not recover without proving, that it was executed on the day it bore date.
 

 The Court charged, that the date of the deed was
 
 prima facie
 
 evidence of the time of its execution. To this, the defendant excepts; which is the only point made in the case.
 

 There is no error. The date of the deed or other writing is
 
 prima facie
 
 evidence of theiime of its execution, upon the general principle, that the acts of every person, in transacting business, are presumed to f^ggJ^fesjfSj^ith truth, in the absence of any motive for
 

 Per Curiam. fut1* kmed. LIBEAEf.